1
2
3
4
5
6
7
8
9
10
11

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  ALEX EDIN HERNANDEZ,                   )        No. C 02-4936 JF (PR)
                                           )
13                    Plaintiff,           )        ORDER DENYING MOTION
                                           )        FOR ENTRY OF DEFAULT;
14     vs.                                 )        DENYING MOTION FOR
                                           )        APPOINTMENT OF COUNSEL
15                                         )
   J. MORROW, et al.,                      )
16                                         )
                      Defendants.          )        (Docket Nos. 32 & 34)
17  _____    )

18

19        Plaintiff, a state prisoner currently incarcerated at Pelican Bay State Prison

20  ("PBSP"), filed this pro se civil rights action alleging violations of his constitutional

21  rights by medical staff and prison officials at PBSP.  Upon reviewing Plaintiff's first

22  amended complaint, the Court found Plaintiff's allegations of deliberate indifference to

23  his serious medical needs, liberally construed, cognizable under 42 U.S.C. § 1983, and

24  directed the United States Marshal to serve the named Defendants at PBSP where

25  Plaintiff indicated they were located.  To date, only Defendant Dr. J. Morrow has

26  appeared in this action while Defendants Dr. Nguyen and Dr. Winslow have yet to be

27  located and served with the complaint.  At the Court's request, the PBSP Litigation

28  Coordinator attempted to contact Defendant Nguyen at his last known address, but the

1    letter was returned unopened and stamped "MOVED, LEFT NO ADDRESS." (Docket

2    No. 29.)  PBSP has no other address for Defendant Nguyen.  (Id.)  The Court requested

3    Ms. Theresa Kimura-Yip, Litigation Coordinator at the Division of Correctional Health

4    Care Services, to provide this Court with information regarding the status of Defendant

5    Winslow in this action.  However, the order to Ms. Kimura-Yip was returned as

6    undeliverable on May 1, 2008. (Docket No. 39.)

7         Because Plaintiff's action is pending for more than 120 days and thus, absent a

8    showing of "good cause," subject to dismissal without prejudice, see Fed. R. Civ. P. 4(m),

9    Plaintiff is ordered to either effect service on Defendants Nguyen and Winslow himself or

10   provide the Court with accurate information as to Defendants' current location such that

11   the Marshal is able to effect service.  No further requests will be made to PBSP to assist

12   in locating these Defendants since prison officials have already fully complied with the

13   Court's request for such information.  Plaintiff's failure to effectuate service on

14   Defendants or provide the Court with accurate  information as to Defendants' current

15   location, **within thirty days** of the date this order is filed will result in the dismissal of

16   Plaintiff's claims against Defendants Nguyen and Winslow without prejudice pursuant to

17   Rule 4(m) of the Federal Rules of Civil Procedure.

18        Plaintiff's motion for appointment of counsel (Docket No. 34) is denied without

19   prejudice for lack of exceptional circumstances.  See Rand v. Rowland, 113 F.3d 1520,

20   1525 (9th Cir. 1997); Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wilborn v.

21   Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986).

22

23                                    **CONCLUSION**

24        1.    Plaintiff's motion for entry of default (Docket No. 32) against Ms. Theresa

25   Kimura-Yip is DENIED as Ms. Kimura-Yip is not a named defendant in this action.

26        2.    Defendants J. Turella, C. Mitchell, T. Udseth, and B. Peterson are

27   DISMISSED from this action as they are not named as defendants in Plaintiff's amended

28   complaint, which supersedes the original complaint.

1    This order terminates Docket Nos. 32 and 34.

2    IT IS SO ORDERED.

3

4    DATED: ___7/9/08_____    _____

5                                   JEREMY FOGEL
                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28