NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEX EDIN HERNANDEZ, | ) | No. C 02-4936 JF (PR) |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR SUBSTITUTION OF |
| vs. | ) ) | DEFENDANTS |
| J. MORROW, et al., | ) ) ) | |
| Defendants. | ) ) | (Docket No. 48) |

Plaintiff, a state prisoner currently incarcerated at Pelican Bay State Prison ("PBSP"), filed this pro se civil rights action alleging violations of his constitutional rights by medical staff and prison officials at PBSP. Upon reviewing Plaintiff's first amended complaint, the Court found Plaintiff's allegations of deliberate indifference to his serious medical needs, liberally construed, cognizable under 42 U.S.C. § 1983, and directed the United States Marshal to serve the named Defendants at PBSP where Plaintiff indicated they were located. To date, only Defendant Dr. J. Morrow has appeared in this action while Defendants Dr. Nguyen and Dr. Winslow have yet to be located and served with the complaint.

Because Plaintiff's action was pending for more than 120 days and thus, absent a

1 | showing of "good cause," subject to dismissal without prejudice, see Fed. R. Civ. P. 4(m),
2 | the Court ordered Plaintiff to either effect service on Defendants Nguyen and Winslow
3 | himself or provide the Court with accurate information as to Defendants' current location
4 | such that the Marshal is able to effect service within thirty days of the order filed July 11,
5 | 2008. (Docket No. 46.) Plaintiff was informed that no further requests would be made to
6 | PBSP to assist in locating these Defendants since prison officials had already fully
7 | complied with the Court's request for such information. (Id.)

Plaintiff has failed to effect service on Defendants Nguyen and Winslow or provide the Court with accurate information as to these Defendants' current location within the thirty days provided in the Court's July 11, 2008 order. Instead, Plaintiff has filed a motion requesting that the California Department of Corrections ("CDC") be substituted as a defendant because he is not able to locate Defendants Nguyen and Winslow. (Docket No. 48.) Plaintiff has no claims against the CDC for which they should be held liable in this action. Accordingly, the motion is DENIED.

Plaintiff's claims against Defendants Nguyen and Winslow are DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

This order terminates Docket No. 48.

IT IS SO ORDERED.

DATED: 8/14/08

JEREMY FOGEL
United States District Judge

Order Denying Motion for Substitution of Ds
P:\PRO-SE\SJ.JF\CR.02\Hernandez4936.4m.HHH.wpd

2